IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| RODNEY JOHNSON, | § | |
| Plaintiff, | § § § | |
| v. | § § | Civil Action No. 4:17-cv-00630-O |
| UNION PACIFIC RAILROAD | § § | |
| Defendant. | § § | |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case (ECF No. 7). No objections were filed, and the Magistrate Judge's recommendation is ripe for review. The District Judge reviewed the proposed findings, conclusions, and recommendation for plain error. Finding none, the Court is of the opinion that the Findings and Conclusions of the Magistrate Judge (ECF No. 7) are correct and they are adopted as the Findings and Conclusions of the Court.

Accordingly, it is **ORDERED** that the Plaintiff's August 1, 2017 Motion to proceed in forma pauperis is **DENIED.**

**SO ORDERED** on this **16th day** of **August, 2017**.

_____
Reed O'Connor
UNITED STATES DISTRICT JUDGE